IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**
AUG 2 2 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | MJ 19-45-M-KLD |
| vs. | |
| WILLIAM DAVID HUTTON, | ORDER |
| Defendant. | |

Warden I. Jacquez of the Federal Detention Center, Seatac, Washington, has submitted a letter requesting an extension of time within which to complete Defendant's competency evaluation. Warden Jacquez explains that Defendant did not arrive at FDC Seatac until August 9, 2019 and asks that the 30-day evaluation period begin on that date. In addition, due to the heavy caseload of the assigned psychologist, Warden Jacquez requests a 15-day extension. Accordingly, and good cause appearing,

IT IS ORDERED that Warden Jacquez's request is GRANTED. The final report shall be submitted to the Court no later than October 7, 2019.

DATED this 22nd day of August, 2019

Kathleen L. DeSoto
United States Magistrate Judge

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Federal Detention Center*

Office of the Warden

2425 South 200th Street
P.O. Box 13901
Seattle, Washington 98198-1091

August 26, 2019

Honorable Kathleen L. DeSoto
U.S. Magistrate Judge
Missouri River Courthouse
125 Central Ave. West
Great Falls, MT 59404

RE: Hutton, William David
 Reg. No.: 04444-091
 Case No.: 9:19-mj-00045-KLD-1

Dear Judge DeSoto:

In accordance with a court order dated July 16, 2019, Mr. Hutton was committed to the Federal Detention Center, SeaTac, Washington (FDC SeaTac), for a period of study to determine his mental competency.

Mr. Hutton did not arrive at FDC SeaTac until August 9, 2019. We are thus requesting the 30-day evaluation begin on that date. In addition, due to the heavy caseload of the assigned psychologist, we are requesting a 15-day extension. If you concur, the evaluation period will end on September 23, 2019, and the final report will be submitted to you no later than October 7, 2019. If the Court has questions or comments regarding the evaluation, please contact Cynthia A. Low, Ph.D., Forensic Unit Psychologist, at (206) 870-5795.

Sincerely,

I. Jacquez
Warden

cc: Jeffrey K. Starnes, AUSA
 John Rhodes, Defense Attorney



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Detention Center*

Office of the Warden

2425 South 200th Street
P.O. Box 13901
Seattle, Washington 98198-1091

August 26, 2019

Honorable Kathleen L. DeSoto
U.S. Magistrate Judge
Missouri River Courthouse
125 Central Ave. West
Great Falls, MT 59404

RE: Hutton, William David
    Reg. No.: 04444-091
    Case No.: 9:19-mj-00045-KLD-1

Dear Judge DeSoto:

In accordance with a court order dated July 16, 2019, Mr. Hutton was committed to the Federal Detention Center, SeaTac, Washington (FDC SeaTac), for a period of study to determine his mental competency.

Mr. Hutton did not arrive at FDC SeaTac until August 9, 2019. We are thus requesting the 30-day evaluation begin on that date. In addition, due to the heavy caseload of the assigned psychologist, we are requesting a 15-day extension. If you concur, the evaluation period will end on September 23, 2019, and the final report will be submitted to you no later than October 7, 2019. If the Court has questions or comments regarding the evaluation, please contact Cynthia A. Low, Ph.D., Forensic Unit Psychologist, at (206) 870-5795.

Sincerely,

I. Jacquez
Warden

cc: Jeffrey K. Starnes, AUSA
    John Rhodes, Defense Attorney